UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.    23-15726-LMI
                                                    Chapter     13

      Tora Latoya Levy


      Debtor(s).
_____/

**NOTICE OF DISMISSAL OF CHAPTER 13 CASE**

The above-styled debtor, (the "Debtor") by her undersigned counsel files this notice of dismissal of chapter 13 case and in support therefor respectfully represents as follows:

1. The Debtor filed this case under chapter 13 on July 21, 2023.

2. Pursuant to the provisions of 11 U.S.C. § 1307(b), the Debtor has the absolute right to dismiss this chapter 13 case as this case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

3. The Debtor seeks to dismiss this case as she no longer desires to proceed with this case.

                                        JORDAN E. BUBLICK, P.A.

                                        /s/ Jordan E. Bublick_____
                                        Jordan E. Bublick (Fla. Bar No. 381624)
                                        1801 N.E. 123rd St., Suite 314
                                        P.O. Box 545941
                                        North Miami, FL 33154-5941
                                        Miami, FL  33131
                                        Telephone: (305) 891-4055
                                        Fax: (305) 503-7231
                                        Email: jbublick@bublicklaw.com

                                        *Attorney for the Debtor(s)*

---

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this notice was served upon all creditors and parties in interest listed in the NEF on the date therein via the CM/ECF system of the United States Bankruptcy Court.

/s/_____
Jordan E. Bublick